UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF )
 )
GREGG ALAN GRUBE ) BANKRUPTCY CASE NUMBER 09-13775
 ) CHAPTER 7
 DEBTOR. )

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on December 7, 2010, and issued checks as proposed in said proposed distribution.

3. That Check #107 issued to Gregg Alan Grube, 6325 Nina Drive, Apt. 9, Fort Wayne, Indiana 46835 on December 30, 2010 in the amount of $4.20 has not been cashed.

4. That the Trustee hereby gives notice that such amount of **$4.20** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of April, 2011, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: Gregg Alan Grube, 6325 Nina Drive, Apt. 9, Fort Wayne, Indiana 46835.

    /s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven